IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              4:15cv512–WS/CAS

MARY KEMI AFOLABI,
a/k/a OPEOLUWA ADIGUN,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 28) docketed February 2, 2017. The magistrate judge recommends that the plaintiff's motion for summary judgment be granted. No objections to the report and recommendation have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 28) is ADOPTED and incorporated into this order.

2. The United States of America's motion for summary judgment (doc. 24)

is GRANTED.

2. Defendant Mary Kemi Afolabi's motion for trial (doc. 8 ) and motion to dismiss (doc. 20) are DENIED.

3. The citizenship of Defendant Mary Kemi Afolabi, a/k/a Opeoluwa Adigun, shall be canceled and revoked pursuant to 8 U.S.C. § 1451.

4. The Clerk shall send certified copies of this order and the magistrate judge's report and recommendation to the United States Attorney General as required by 8 U.S.C. § 1451(f).

5. Defendant Mary Kemi Afolabi, a/k/a Opeoluwa Adigun, shall immediately surrender and deliver to the United States Department of Justice, Attn: Attorney Anthony Bianco, 450 5th St. NW, Office #6022, Washington DC 20530, her original certificate of naturalization, any United States passport, and all other indicia of United States citizenship (e.g., voter registration cards) in her possession or control.

6. Defendant Mary Kemi Afolabi, a/k/a Opeoluwa Adigun, shall immediately make good faith efforts to recover, and then surrender to the United States Department of Justice, Attn: Attorney Anthony Bianco, 450 5th St. NW, Office #6022, Washington DC 20530, any and all of the above-described items that she knows are in the possession of others.

7. Counsel for the United States shall notify the court if Defendant Mary Kemi Afolabi, a/k/a Opeoluwa Adigun, fails to comply with this order. In the event of such non-compliance, Ms. Adigun will be required to appear before this court.

DONE AND ORDERED this     8th     day of     March    , 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE